580 OCTOBER TERM, 1924.

No. 389. GUARDIAN SAVINGS & TRUST COMPANY, TRUSTEE, *v.* ROAD IMPROVEMENT DISTRICT No. 7 OF POINSETT COUNTY, ARKANSAS. Order entered March 2, 1925.

ORDER. It is ordered by this court that the direction in the opinion heretofore filed [*ante,* p. 1] to send the case back to the District Court of the United States for the Eastern District of Arkansas is changed, and the case sent back to the Circuit Court of Appeals for the Eighth Circuit for further proceedings, and the mandate already issued shall be amended accordingly.